FILED

1 Dr. Raman Patel, PhD.
   16121 Parkside Ln., #H-3, Huntington Beach, Ca. 92647.    2010 APR 13 AM 10: 05
2 Tel.: 714 842 2346

   CLERK
   CENTRAL

3 Plaintiff, In Pro Per.

   BY:_____LA

4 NOTE: THIS DOCUMENT MENTIONS ABOUT SENSITIVE (NOT CLASSIFIED) INFORMATION BUT NOT ATTACHED AS EXHIBIT TO PROTECT USA INTERESTS.
5 THOSE SHALL BE PROVIDED IN THE COURT TO SEE. I HAVE VISION, SPEECH, AND HEARING, BESIDE OTHER DISABILITIES. I GOT LOTS OF HELP TO PREPARE THIS
6 DOCUMENT.

7

8           UNITED  STATES  DISTRICT  COURT
            CENTRAL  DISTRICT  OF  CALIFORNIA.
9           411 W. Fourth St., Santa Ana, Ca. 92701-4516

10 Dr. Raman Patel,           )    CASE NO: **SACV 10-00449 AG (ANx)**
                Plaintiff,    )
11         Vs.                )    COMPLAINT FOR DECLARATORY AND
                              )    INJUCTIVE RELIEF
12 Anaheim Housing Authority (AHA))
                Defendant.    )    Hearing Date:        Time:       .M. Rm.:
13 _____   )    Judge: Hon.                      Rm.:

14                            INTRODUCTION

15  1. I, Raman Patel, Plaintiff, bring this action for declaratory and injunctive relief against the

16 Anaheim Housing Authority (AHA) to secure rights guaranteed by the U.S. Housing Act of

17 1937, 42 USCA §§ 1437 et seq., its regulations promulgated at 24 CFR Part 982, and 24 CFR §

18 100.204, the Fair Housing Amendments Act, 42 USCA §§ 3604 et seq., Title II of the Americans

19 with Disabilities Act, 42 USCA §§ 12101 et seq., Sect. 504 of the Rehabilitation Act of 1973, 29

20 USCA §§ 794 et seq.,[state law against discrimination], the Due Process Clauses of the Fifth and

21 Fourteenth Amendments to the U.S. Constitution(U.S. Const. Amend. V and XIV), and National

22 Security Laws.

Page 1 of 8

## JURISDICTION

1  2. Jurisdiction over my claims is conferred on this court by 28 USCA § 1331 (federal question

2  jurisdiction) in that this action arises under the Constitution and the laws of the U.S. and 28

3  USCA § 1343(a)(3) to redress deprivations, under color of state law, of rights secured by the

4  Fourteenth Amendment to the U.S. Constitution (U.S. Const. Amend. XIV).

5  3. I seek declaratory and injunctive relief against the Defendants pursuant to 28 USCA § 2201

6  and 28 USCA § 2202, and 42 USCA § 1983, which provides redress for the deprivation, under

7  color of state law, of rights, privileges and immunities secured to all citizens and persons within

8  the jurisdiction of the U.S. by the Constitution and the laws of the U.S.

9  4. Venue is proper in this district pursuant to 28 USCA § 1391(b) because my claims arose in

10 this district.

## PARTIES

11 5. I am a citizen residing at Sherlane apartments, 16121 Parkside Lane, #H-3, Huntington

12 Beach, Ca. 92647 since Oct. 2006. This property is owned and operated by a private landlord.

13 I am a participant in the Sect. 8 Tenant Based Assistance Housing Choice Voucher Program

14 (since 2001) administered by the Defendants Housing Authority of the City of Anaheim, Ca..

15 6. Defendant AHA is a federally-funded public housing authority organized pursuant to state

16 enabling legislation, for the purpose of providing decent, safe and sanitary low-cost housing to

17 moderate and lower income families and individuals. Pursuant to [citation of state enabling

18 legislation], Defendant AHA is deemed to be a body corporate and politic, exercising public and

19 essential governmental functions, and constituting an agency and instrumentality of Anaheim.

20 Defendant AHA is subject to the provisions and requirements of federal law governing the Sect.

21 8 Housing Choice Voucher Program set forth under Sect. 8 of the U.S. Housing Act of 1937,

22 42 USCA § 1437f, and its regulations promulgated at 24 CFR Part 982.

Page 2 of 8

1  7. Defendant Ms. Grace Stepter is the Director of Sect. 8 at the AHA. Defendant Ms. Grace
2  Stepter is sued in her official capacity.

3                                FACTUAL ALLEGATIONS

4  8. I am 68 yrs. old retired scientist from National Aeronautic and Space Admin.(NASA) and
5  had struggled with various physical conditions, including neurological, orthopedic, high blood
6  pressure, stroke (four), and visual, speech and hearing impairments throughout my adult life.
7  Treatment for these conditions has included evaluations, prescribed medications, seven surgeries
8  as well as admittance to various facilities since 1992. On 10 July 2009, I have a stroke in plane
9  while on return trip from NASA office. Coupled with cataract, I became suddenly blind. On 13
10 July, I was admitted in emergency room at UCI Medical Center in Orange, Ca. I became over-
11 whelmed by both my medical conditions and other circumstances. As a result I have vascular
12 surgery on 10/16 and bilateral cataract surgeries (both eyes) on 11/2, and 12/7 of 2009 respective
13 -ly. I am still going through post-op tests, evaluations, and minor surgeries. See Exhibit A (Letter
14 dated 29 Dec. 2009 from Dr. Romilla Batra of UCIMC). My family friend doctors and surgeons
15 called and wrote notes/letters to inform defendants about my health but defendants refused to
16 believe as they were already prejudiced by unprofessional false information and those records
17 are lost or destroyed by the defendants. See letters dated 9/3, 9/27, and 11/23/09 (response) as
18 Exhibits B, C, and D respectively. There are many other letters and notes sent to defendants.
19 9. Though I was forced to retire due to my health (three strokes) U.S. Government Agencies
20 (NASA, DOD, Treasury, HHS, Homeland Security), media, hospitals, etc. had sought my help
21 due to my previous works and I helped them during crucial time and dire needs. I receive and
22 read technical papers, technical Journals (from universities, research Lab., etc.) and technical
23 magazines to help and guide my peers in the field to continue upgrade and improve complex

1 systems to defeat enemies and mischievous activities. MY SERVICE OF THOUSANDS OF
2 HOURS SINCE 2004 ARE VOLUNTATRY AND NO CHARGE. See Exhibits E and G
3 (Declaration of Dr. John Sutherland, PhD and Dr. C. Mehta respectively). Defendants failed to
4 understand due to their ignorance of the complex systems I work with and requirement of "NEED
5 TO KNOW" so believe that all papers (so called clutter) I don't need. It may be cause of concern
6 if sensitive papers fall in wrong hand. Defendant again disagrees and refused to give enough time
7 to work on life time work with my disabilities. I am planning to finish this by next annual inspect
8 -tion may be in June/July 2010. There is no such clause about number of books, dresses, shoes,
9 etc. tenant can have but my benefits are terminated. See Exhibit F(Letter- termination of benefits)
10   10.   I passed yearly inspection in June 2009. Upon knowing my blindness since July 2009,
11 Defendants initiated 'Special Inspection.' Things were not organized due to lack of any help.
12 Since July 2009, my unit was scheduled for 'Special Re-inspection' few times but was unable to
13 keep the appointment due to ongoing medical treatment.
14 Since Feb. 2010, I work very hard to organize, slowly but steady and completed bedroom and
15 kitchen and working in living room where papers are on shelf, or in boxes, bags, bundle or
16 properly stack on the floor to view, separate and discard; i.e. reasonably and carefully organized
17 without any possibility of fire or obstacle in movement.. I have plastic runner on carpet at heavy
18 traffic areas. Carpet, tiles, walls, and ceiling are spotless except normal wear and tear. The US
19 Government has paid (reimbursed me) the cost of fire and casualty insurance if there is a fire
20 damage. The Landlord and Defendants are aware of all these facts so landlord is happy but
21 Defendants are more concerned. IT DOES NOT MAKE SENSE AT ALL AS IT IS A PURE
22 HARASSMENT BY DEFENDANTS.
23   11.   Upon strong demand, hearing was scheduled on 4 Feb. 2009. I went with my witnesses

1 and learnt that none of the communications regarding my sickness and so disabilities were part of

2 the evidence before hearing officer. <u>At the time of Hearing, I submitted many of those evidence</u>

3 <u>again but all were ignored again in the report. It was a totally biased instead of fair hearing due to</u>

4 <u>their blatant lies. I shall prove this before the Judge with evidence.</u>

5   12.   Under the terms of the Sect. 8 Housing Choice Voucher Program, eligible low-income

6 tenants like me pay only a portion of the monthly rent for their leased premises. This portion is

7 limited to approximately 35–40% of the participating family's income, and must be adjusted if

8 the income fluctuates. The defendant AHA, which acts as an agent for the U.S. Dept.

9 of Housing And Urban Development (HUD), pays the balance of the rent on their behalf. The

10 supply of vouchers is limited and the waiting lists are extremely long.

11   13.   The federal government, through the U.S. Dept. of Housing &Urban Development

12 (HUD), allocates funds to local public housing agencies (PHAs) throughout the nation to

13 administer the Sect. 8 Housing Voucher Program. Under the regulations, the local PHA enters

14 into a Housing Assistance Payments (HAP) contract with a property owner on behalf of an

15 eligible family and agrees to subsidize the rental payment in an amount based on the family's

16 income.

17   14.  The Sherlane apartments agreed to participate in the program, and entered into the

18  necessary contract and leases with me and the AHA. These contracts had a month to month

19 term, automatically renewable every year.

20   15.  In an effort to maintain participation in the program, I had a third party contact the defend

21 -ant AHA, and a request for a reasonable accommodation was made on my behalf. Because such

22 a request had been granted in the past, I had no belief that the request would be denied.

23   16.  Defendant Ms. Grace Stepter, in her official capacity as Director of the Sect. 8 program for

the defendant AHA, received both telephone calls and letters requesting an accommodation on my behalf. Despite my eligibility, the requests were ignored and denied.

17. I was terminated from the Sect. 8 program, and subsidy payments to Sherlane apartments on my behalf were halted effective 1 April 2010. See Exhibit F (Letter of termination of benefits)

18. My physical condition and disabilities are impairments protected against discrimination by a public entity in the provision of benefits, services and programs under Title II of the Americans with Disabilities Act of 1990 (ADA), 42 USCA §§ 12101 et seq., the Fair Housing Amendments Act, The Rehabilitation act of 1983 and the [state law against discrimination].

19. I was qualified to receive Sect. 8 rental assistance benefits under the guidelines set for eligibility for such assistance.

20. Pursuant to provisions under the Fair Housing Amendments Act of 1973, 42 USCA § 3604 (f) (3) (B), the defendant AHA had an affirmative duty to make a reasonable accommodation in its policies or procedures when modifications are necessary to avoid discrimination on the basis of a disability.

21. Pursuant to 24 CFR § 100.204, defendant AHA has an affirmative duty to make a reasonable accommodation in its policies or procedures when modifications are necessary to avoid discrimination on the basis of a disability.

22. Despite the provisions of the above-mentioned statutes and regulations, defendant AHA terminated me without making any reasonable accommodation to its rules regarding recertification appointments to permit me to continue to receive Sect. 8 benefits while still undergoing my post-op medical treatment.

23. By terminating my participation in the Sect. 8 program without making any reasonable accommodation, the defendant AHA has unlawfully discriminated against me in violation of

page 6 of 8

1 Title II of the Americans with Disabilities Act, by

2 denying benefits of the Sect. 8 program by reason of disability.

3   24.   By terminating my Sect. 8 rental subsidy while I was undergoing surgery and recovering,

4 without making any reasonable modification of its policies, defendant AHA has unlawfully dis-

5 criminated against the plaintiff in violation of Sect. 504 of the Rehabilitation Act of 1973, 29

6 USCA § 794, by denying benefits of the federal Sect. 8 program solely by reason of disability.

7   25.   By terminating my participation in the Sect. 8 program without making any reasonable

8 accommodation, the defendant AHA has unlawfully discriminated against me in violation of the

9 Fair Housing Amendments Act, 42 USCA §§ 3604 et seq., by denying benefits of the Sect. 8

10 program by reason of disability.

11   26.   By terminating my participation in the Sect. 8 program without making any reasonable

12 accommodation, the defendant AHA has unlawfully discriminated against me in violation of the

13 [state law against discrimination], by denying benefits of the Sect. 8 program by reason of

14 disability.

15   27.   Defendant AHA, acting under color of law, has violated my statutory rights under the

16 U.S. Housing Act of 1937, 42 USCA §§ 1437 et seq., and its implementing regulations at 24

17 CFR Part 982, in violation of 42 USCA § 1983.

18   28.   Defendant's' termination of my participation in the Sect. 8 Tenant-Based Housing Choice

19 Voucher Program without the required fair administrative hearing deprives me of property with-

20 out due process of law, in violation of the Fifth and Fourteenth Amendments of the U.S. Constitu

21 -tion (US Const. Amend. V and XIV), for which relief is available pursuant to 42 USCA § 1983.

22      WHEREFORE, I, Plaintiff, requests judgment as follows:

23   1.   An Order declaring Defendant AHA's actions to be in violation of the due process clause

Page 7 of 8

1 of the Fifth and Fourteenth Amendments of the U.S. Constitution (US Const. Amend. V and

2 XIV), the U.S. Housing Act of 1937, and the promulgated regulations;

3   2. An Order declaring the Defendants' actions to be in violation of the U.S. Housing Act of

4 1937, 42 USCA §§ 1437 et seq., the regulations promulgated at 24 CFR Part 982, and 24 CFR §

5 100.204, the Fair Housing Amendments Act, 42 USCA §§ 3604 et seq., Title II of the Americans

6 with Disabilities Act, 42 USCA §§ 12101 et seq., Sect. 504 of the Rehabilitation Act of 1973, 29

7 USCA §§ 794 et seq., and [state law against discrimination];

8   3. Mandating the Defendant to immediately reinstate me in the Sect. 8 program administered

9 by the Defendant AHA.

10   4. Mandating the immediate provision of a Housing Choice Voucher so that I may secure

11 permanent housing for myself and my family;

12   5. For damages caused by any eviction and subsequent homelessness resulting from the

13 termination of my Sect. 8 subsidy;

14   6. For reasonable costs pursuant to 42 USCA § 1988; and

15   7. For such other relief the court deems necessary and just.

16 Dated: 10 April 2010.   Respectfully submitted, *RHPatel* [Dr. Raman Patel, PhD],
                                                         Plaintiff in Pro per

PROOF OF SERVICE BY MAIL (CCP Sect. 1013a, 2015)

I declare that,
1. I am over the age of 18 years; employed in the county of Orange, and not a party to the within action; my business mailing address is P. O. Box- 1132, Huntington Beach, Ca. 90630.
2. On 12 April 2010, I served a copy, with all exhibits, of the- COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, CASE NO.   WITH SUMMONS
on the party or parties named below, by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid in the U.S. Mail at Huntington Beach, California, addressed as follows: Ms. Grace Stepter and City Attorney,
   201 S. Anaheim Blvd., Anaheim, Ca. 92805.
I certify (or declare) under penalty of perjury under the laws of the California State that the forgoing is true and correct and that this declaration was executed on 12 April 2010, at Huntington Beach, Ca.
_JShah_ (Dr. J. Shah)   Page of 8 of 8

December 29, 2009

To Whom It May Concern:

Dr. Raman Patel (DOB: 6/24/1942) has a history of multiple CVA's (strokes) in the past year. He presented to UCI Emergency Dept. on July13, 2009, complaining of vision loss in both eyes. On exam, he was noted to have bilateral cataracts in addition to a blood clot due to a mild stroke. He underwent carotid endarterectomy on October 16, 2009 and bilateral cataract surgery on Nov. 2, 2009. In addition, he has a right MCA aneurysm and is currently undergoing a work-up with Neurosurgery. Additional follow-up is scheduled with vascular surgery, ophthalmology and internal medicine.

_____
Physician Signature

Romilla Batra, MD
Associate Professor
Department of Medicine
UC Irvine Medical Center
101 The City Drive
Orange, CA 92868-2398
Tel: 714 456-7542

EXHIBIT - A

SEPT. 3, 2009.

FROM: Raman Patel, 16121 Parkside Ln., #H-3, Huntington Beach, Ca. 92647.
(714) 842- 2346.   Case # 55094.

TO: (1) Anaheim Housing Authority (AHA), 201 So. ANAHEIM Blvd., #202, Anaheim, Ca  92805
Attn.: Ms. Grace Stepter, Mgr.
(2) VPM Sher Lane, LP, C/o Sher Lane Apartments, 2400 Main St., #201, Irvine, Ca. 92614.
THROUGH Resident Manger at the property.

Re.: Request for extension of time for inspection of my residence and other requests

Reference to the above matter, the re-inspection of my residence is scheduled on Sept. 16, 2009 but I request extension of time due to my poor health and circumstances beyond my control.

In short, on 10 July 2009, I found my vision extremely poor (almost blind) so went to UCI Medical Center in Orange, CA. in emergency and learnt I have a severe cataract in both eyes, After several extensive lab tests and doctors' opines, I learnt that I have a severe carotid artery occlusion (causing the fourth stroke) and require vascular surgery (to avoid future strokes) ASAP. According to doctors' opines, this vascular surgery MUST be completed before the cataract surgeries on both eyes. The ESTIMATED MINIMUM TIME to complete all the three surgeries is about six months but it may take longer and may require second extension of time. I or one of my friends will keep you and resident manager inform about the progress/problem ASAP. SO I SUGGEST TANTATI-VE DATE FOR INSPECTION MAY BE SET AFTER 1 MARCH 2010.

Even before 12 Aug. 2009, all groceries purchased for use but spoiled as unused due to poor health were discarded  so absolutely no odor, bacteria, etc. All paper products are properly on shelves or in bundled/stacked/boxes/bags except a few (current) to read (but can't) and away from any possibility of fire. I stopped all unnecessary paper mails Many scattered empty plastic bags and some can foods in the bags on the floor need to put away to organize. Carpet needs vacuum and kitchen and bathroom floor need mopping. I agree, I need to organize but couldn't. I and my friends disagree with inspector's report of 1 Sept. 2009, as it is grossly over stated and exaggerated as I was reluctant to sign his report due to extremely weak vision.

Due to disabilities, I purchase cooked food from friend (time to prepare paid extra) so no cooking except worm-up prepared food so less mess and so cleaning. It may continue until I am able to see (even better than before) and life becomes normal. It costs four/five times more so REQUEST some RELIEF IN MY PORTION OF THE RENT IF POSSIBLE.

Upon able to see and life become normal I have planned to reduce, drastically, reading of technical magazines to remain current to help USA space and defense agencies. All technical papers and journals will be disposed off safely for national security. It may reduce almost about 70 to 80% of present clutter.

As I am getting older, my health problems are increasing and getting severe. So I REQUEST approval of TWO bedroom (one for care-giver) apartment ASAP.

Your kind consideration and full cooperation with prompt response is requested.

Sincerely, _RHPatel_  (Raman Patel).          Prepared by Dr. C. Mehta.

EXHIBIT- B

SEPT. 27, 2009.

FROM: Raman Patel (PhD), 16121 Parkside Ln., #H-3, Huntington Beach, Ca. 92647.
      (714) 842- 2346.  Case # 55094.
TO: Anaheim Housing Authority (AHA), 201 So. ANAHEIM Blvd., #202, Anaheim, Ca  92805
    Attn.: Ms. Grace Stepter, Mgr.

Re.: Request for extension of time for inspection of my residence beyond 21 Oct. 2009.

Reference to the above matter, I thank you for granting extension of time up to Oct. 21, 2009 but it is not enough due to following reasons and circumstances beyond my control.
 (1) I learnt that due to my requests and requests/pressure from some executive of govt. agency (unknown to me) my case is placed in EXPEDITE MODE. However, it shall depend on outcome of numerous extensive tests, consultations, etc. to prepare surgeons and staff for safe surgery and early recovery; i.e. successful surgeries (three as you know) at the end. As a result, I am visiting UCIMC twice/thrice in a week with a very short time notice and so get tired. Non-cooperation with the UCIMC may result in delays of my surgeries. So I may not be able to keep your set date and time for inspection.
 (2) I sought help from the In-Home Support Service (IHSS) of the Orange County but hours granted are not enough so requested more hours, hearing, etc. Once more help available, organizing my unit may start and even expedite. I may get help on Oct. 3 or 4, 2009 and in future. The progress may be little/slow and steady but not enough to meet your needs, i.e. ready for inspection to pass.
 (3) I am now 68yrs. old but helping, VOLUNTARY, USA defense and space agencies since last few years in their DIRE NEEDS though I am retired. It is not a fun or easy to read technical papers, journals, magazines, etc, digest and give expert opinions/advices on complex systems to my peers in the service. It isn't like reading a comedy/tragedy/romantic novel or seeing a movie. As a result, my unit is congested but organized (with many inconveniences to me) due to all these essential papers but you call it clutter due to ignorance. It shall be discarded ASAP but shall TAKE TIME. Though I get abuse/arrogance from the AHA/OCHA. Is it a REWARD for my FREE SERVICES?
 (4) My unit is not as bad as inspector has written or you think. If it is so bad, I would get sick and so my friends visiting me, the landlord might have given me a verbal/written notice. In absence of all these I urge you to believe/trust others also, ignore nasty comments of your inspector (intended to hurt me by abusing power and treating me as slave), and be realistic. I know your requirements So I have passed inspections since last eight years. I intended to work to meet your needs ASAP.
 (5) Setting an arbitrary dates and times with a threat of loosing housing benefits if unit fails inspection before planned three surgeries shall create undue or unwarranted more worries/anxiety, stress, etc may complicate my health even further, delay surgeries and so recovery. The cost of medical treatments, paid by the Governments shall be very high besides my future pain and sufferings.
    Due to these and some unknown reasons I urge you to grant me enough time as requested before without creating such papers, and spending unnecessary time and resources of all involved. Also provide necessary forms or specific format of letter for my doctors to fill and sign to qualify me for two-bedroom voucher which is long overdue. Hop to hear soon.
Sincerely, *RPatel* _____ (Raman Patel)     Prepared by Dr. V. Desai,
                                                                 (714) 842 2346 ONLY 7 to 9 A.M. (PST)
COPY: (1) Hon. Dana Rohrabacher, U.S. Congress, 101Main St., #380, Huntington Beach, Ca.
      . 92648.  Attn. Bernard.  For information and proper action to save my housing benefits.

EXHIBIT - C

*RESPONSE IS AT BOTTOM* (handwritten)



# City of Anaheim
## ANAHEIM HOUSING AUTHORITY

November 23, 2009

Raman Patel
16121 Parkside Lane #H3
Huntington beach, CA 92647

Dear Mr. Patal,

Our records indicate that your unit has continued to fail HQS housing inspections since August 26, 2009.

Based on your request, an extension was granted in this matter until October 21, 2009. Since that time, we have been in communication with Older Adult Service to assess the current status of your unit.

This notice is to advise you that the Anaheim Housing Authority (AHA) will be requesting that the Orange County Housing Authority (OCHA) perform a final inspection of your unit in the near future. You will be advised of the specific date of the inspection by OCHA. It is critical that your unit pass the upcoming inspection in order to preserve your rental assistance.

If you have any questions regarding your case, or this letter, please contact your Housing Specialist, Ms. Julie Escobar at 714 765-4320 ex 4891.

Sincerely,

*Grace Stepter*
Housing Program Manager

C: Jane Garabito, Inspection Supervisor
   File

---

**Handwritten response:**

RESPONSE (Faxed on 12/2/2009)
(Prepared/written by DR. C. Mehta)

For your info. I have vascular and cataract (with blood clot) on right eye surgeries on 16 Oct. and 2 Nov. 2009 respectively. On 7 Dec. 2009 my left eye is scheduled for surgery. Around Christmas I may get prescription for reading lens and may get it made (by Medicare) by end of January or early February 2010. Until then I am unable to read or work on so called "clutter"!

Since 10 July 2009 (got blind), I am going through lots of very extensive tests and so doctors found four body parts as critical problem areas — Brain, heart, right knee and left clavicles. The Brain and heart have serious problems so if ignored may cause severe multiple disabilities including sudden death so doctors want to perform extensive tests to study/monitor development and do surgeries as and when required with a moments notice. By Feb./March 2010 doctors may have better picture of my health.

Around 29 Oct. 2009 my friend DR. C. Mehta has talked on phone for 40 min. to Miss Henry, Sr. Sup., in your office and explained few things to clear doubts and offered to sign a "Release of information" by me to get all info you may want. I am ready to sign it when you prepare it with a person name as you wish as hospital is reluctant to give a "Declaratory" letter as you want in the middle of planned surgeries (three now). I request you spare some time to talk to one of my doctor friend to get info you want and clear all your doubts. Setting any arbitrary date and time for inspection have not worked in the past as you know and may not work in the future so I suggest/request to give enough time as requested.

Sincerely, *R.Patel* (Raman Patel)

Copy to:- Hon. Curt Pringle, Mayor
City Hall West, City of Anaheim, CA
For info or per action.
Secretary of HUD, instant D.C.
For info and disciplinary action to end **slavery**.

EXHIBT-D

1           DECLARATION OF DR. JOHN SUTHERLAND, PhD.

2    I Dr. John Sutherland, PhD declares,

3  1. I am retired scientist from the National Aeronautic and Space Administration (NASA) and
4 know Dr. Raman Patel as my colleague for ten years and my peer rot ten years before promoted
5 to higher position close to my retirement. I testify in favor of Dr. Patel as follow; however
6 unable to appear in person due to very poor health so I submit this declaration for kind
7 consideration of Hon. Judge.

8  2. During my supervision and as a peer, I observed him very closely and amazed by his sweet
9 nature, abilities, knowledge, and skills to work with all levels of people-males and females.
10 Unfortunately, he was forced to retire due to health (three strokes- 1995, 1996, 1997).I have
11 visited him and his family numerous times and still in touch with him and his family numerous
12 times and still in touch with them. I visited him in Dec. 2009 after his three surgeries.

13  3. When US Government needed his help he helped DOD, NASA, Homeland Security,
14 Treasury etc. and may continue, during crucial time and dire need even after retirement
15 WITHOUT ANY EXPECTATION. HIS SELFLESS AND EXCELLENT SERVICES WERE
16 RECOGNIZED AND APPRECIATED BY STAFF OF NASA, DOD, etc. AND REWARDED
17 ACCORDINGLY (IT IS CLASSIFIED). For these reasons, he has many books. His living room
18 is congested and inconvenient to him but he worked around it in national interest first.

19  4. You may reach me at uscientist4u@yahoo.com as I have hearing problem but I shall return
20 call ASAP as I see my Emails very often during the day.

21  5. I declare under penalty of perjury under the laws of the State of California that the foregoing
22 is true and correct.

23 Date: 15 Dec. 2009    _John Suthe___ (Dr. John Sutherland, PhD)

EXHIBIT- E

City of Anaheim
# ANAHEIM HOUSING AUTHORITY

April 1, 2010

Raman Patel
16121 Parkside Lane #H3
Huntington Beach, CA 92647

Dear Mr. Patal:

On March 31, 2010, a Housing Quality Standard (HQS) inspection was performed at your rental unit. The unit did not pass inspection. As a result, all housing assistance benefits have terminated effective March 31, 2010.

I regret that we are not able to render a favorable decision in this matter.

Sincerely,

*Grace Stepter*
Grace Stepter
Housing Programs Manager


C:   William Wise, Supervising Attorney
     Jane Garabito, Inspection Supervisor


EXHIBIT-F

FROM THE DESK OF DR. C. (Chandrakant) Mehta. MD, PhD.- Scientist, Surgeon and Professor.
And                    Dr. V. (Vinodrai) Desai. MD, PhD - Scientist, Surgeon and Professor.

JOINT DECLARATION OF DR. C. MEHTA AND DR. V. DESAI FOR DR. RAMAN PATEL

1      We Dr. C. Mehta and Dr. V. Desai, resident of Huntington Beach, Ca. declare

2   1. We know Dr. Patel since last 25years and visit him everyday since July 2009. He has signed

3 release to us for his health issues so we talk and exchange information about his health problems

4 with his treating doctors at UCI Medical Center in Orange, Ca. He is very hard worker and so

5 admired by his colleagues, superiors, and professionals for his nature, knowledge and skills in
6 various fields. We help him in his needs.

7   2. On 31 March 2010 at 10:30A.M. We inspect his apartment with Ms. Brandie Boon, apart-
8 ment manager and found every thing clean and organized and no damage to the property at all.
9 He has plastic runner on carpet at heavy traffic areas. Living room has computer, table, and lots
10 of papers- on the self, boxes, bundles, bags or stacks on the floor. i.e. reasonably and carefully
11 organized without any possibility of fire or obstacle in movement. Due to some sensitive (not
12 classified) papers (saw samples) to preserve and protect US national interest, he needs to go
13 through all papers very carefully by himself and discard all unwanted. He needs more time to
14 sort it out, for his lifetime work and cannot finish in one or two months with his disabilities.

15  3. Since July 2009, we telephoned and prepared letters for Dr. Patel (to sign due to his dis-

16 abilities) numerous times and learnt (from other seniors) that Ms. Grace Stepter and her staff at

17 Anaheim Housing Authority, are prejudiced against seniors, ignorant about seniors' problems and

18 functioning of hospitals coupled with their blatant lies and abuse of power which makes seniors'

19 life miserable. It is unprofessional, inhumane, and illegal seniors' slavery. Seniors abuse pre-

20 scribed medicines to meet artificial deadlines, get sicker, and the government pay by Medicare

21 and or medi-caid (Medical). It is a vicious cycle and very costly. So please help seniors and the
22 government.

23  4. You may reach us at 714 842 2346 between 7 to 9AM or leave a message at other time.

24  5. We declare under penalty of perjury under the laws of the State of California that the
25 foregoing is true and correct.

26 Date: 10 April 2010.    _Cmehta_ (Dr. C. Mehta)  _Desai_ (Dr. V. Desai).

EXHIBIT-G

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DR. RAMAN PATEL, PhD
16121 PARKSIDE LN., #H-3
HUNTINGTON BEACH, CA. 92647
714-842-2346

**DEFENDANTS**
ANAHEIM HOUSING AUTHORITY (AHA)
201 So. ANAHEIM BLVD.,
ANAHEIM, CA 92805
714-765-4320

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**Attorneys (If Known)** MAY BE CITY ATTORNEY

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT:** $ UNKNOWN

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COMPLAINT FOR DECLARATORY AND INJUCTIVE RELIEF FOR SECT. 8 VOUCHER PROGRAM

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☒ 890 Other Statutory Actions | ☒ 190 Other Contract | | ☐ 442 Employment | | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☒ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☒ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: SACV10-00449 AG (ANx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _RAMAN PATEL_ /s/ Patel PLAINTIFF IN PROPER  Date _10 APRIL 2010_

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

### SACV10-449 AG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)         NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

/

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DR. RAMAN PATEL, PH.D.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ANAHEIM HOUSING AUTHORITY (AHA)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV 10-0044 AG(ANx)<br><br>SUMMONS |
|---|---|

TO: DEFENDANT(S): _____

_____

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____, whose address is _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __4-13-10__    By: _____
                          Deputy Clerk
                          (Seal of the Court)
                          1144

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                    SUMMONS