CRISTINA L. TALLEY, CITY ATTORNEY
MOSES W. JOHNSON, IV, ASSISTANT CITY ATTORNEY
STATE BAR NO. 118769
200 South Anaheim Boulevard, Suite 356
Anaheim, California 92805
(714) 765-5169
(714) 765-5123 FAX
mjohnson@anaheim.net

Attorneys for Defendant
ANAHEIM HOUSING AUTHORITY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| DR. RAMAN PATEL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANAHEIM HOUSING AUTHORITY,<br><br>　　　　Defendant. | CASE NO. SACV 10-00449 AG(ANx)<br><br>~~[PROPOSED]~~ JUDGMENT<br>[L.R. 54]<br><br>TRIAL<br>DATE: September 1, 2010<br>TIME: 9:00 a.m.<br>CTRM: 10D |

1
2   This action came on for trial before the Court, on
3   September 1, 2010, Hon. Andrew J. Guilford, District Judge
4   Presiding, and the evidence presented having been fully
5   considered, the issues having been duly heard and findings of
6   fact and conclusions of law having been duly rendered *orally in Court*,
7   IT IS HEREBY ORDERED AND ADJUDGED THAT the Plaintiff take
8   nothing, that the action be dismissed on the merits and that
9   Defendant Anaheim Housing Authority recover its costs.

12  Dated: September 21, 2010

    _____
    Hon. Andrew J. Guilford
    United States District Judge

1